NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1065
### (Serial No. 10/874,412)

## IN RE JOHN N. GROSS

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

## ON MOTION

## O R D E R

Upon consideration of the appellant's motion to dismiss his appeal,

IT IS ORDERED THAT:

(1)    The motion is granted. The appeal is dismissed.*

(2)    Each side shall bear its own costs.

FOR THE COURT

FEB 0 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    J. Nicholas Gross, Esq.
       Raymond T. Chen, Esq.

s8

ISSUED AS A MANDATE:    FEB 0 5 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 5 2010

JAN HORBALY
CLERK

---

    *    The appellant asks that the dismissal be entered as "without prejudice." It is not the court's usual practice to designate a dismissal as being with or without prejudice.